IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
Case No. 1:25-cv-14833

SM ENTERTAINMENT CO., Ltd.,
Plaintiff,
v.
THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",
Defendants.

Judge: Honorable Matthew F. Kennelly
Magistrate: Honorable Keri L. Holleb Hotaling

_____/

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES undersigned counsel, Jianyin Liu of The Law Offices of James Liu PLLC, and respectfully moves this Court for leave to withdraw as counsel of record for Defendant EVERRISEE (Seller ID: A16SIHV16BCBRJ) pursuant to Local Rule 83.15 and 83.16. In support of this Motion, counsel states as follows:

1. Undersigned counsel was retained to represent Defendant EVERRISEE (Seller ID: A16SIHV16BCBRJ) in this matter and filed an appearance and an Answer and Affirmative Defenses on behalf of the Defendant on December 31, 2025 (Dkt. 37).

2. The Defendant has discharged undersigned counsel from further representation in this case.

3. Good cause exists for withdrawal because the attorney-client relationship has terminated at the client's direction.

4. Pursuant to Local Rule 83.15, the client has been notified in writing of the intent to withdraw. A copy of the notice letter sent to the client is attached hereto as Exhibit A. The client's last known address and contact information are:

    Yanping Chen

    广东省深圳市南山区西丽镇官龙村学子荔园A栋3单元407

    People's Republic of China

    Phone: +86 18718058717

    Email: chanyp2018@sina.com

5. Pursuant to Local Rule 83.16, the client has been advised in writing of the obligation to either (a) obtain substitute counsel and file a supplementary appearance within 21 days or (b) file a pro se supplementary appearance, and has been warned that failure to do so may result in adverse consequences, including possible entry of default or default judgment.

6. No prejudice will result to any party from the withdrawal, as the case remains in its early stages and no immediate deadlines are pending that would be affected by this withdrawal.

7. Undersigned counsel requests that all future notices, orders, and pleadings be served directly on the Defendant at the address and email provided above until substitute counsel appears or the Defendant appears pro se.

    WHEREFORE, undersigned counsel respectfully requests that this Court enter an order granting leave to withdraw as counsel of record for Defendant EVERRISEE (Seller ID: A16SIHV16BCBRJ) and for such other relief as the Court deems just and proper.

Dated: January 5, 2026

Respectfully submitted,
/s/ Jianyin Liu
Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Telephone/Fax: (305) 209-6188
Email: Jamesliulaw@gmail.com
Attorney for Defendant EVERRISEE

## CONSENT OF CLIENT

I hereby consent to the discharge of counsel Jianyin Liu of The Law Offices of James Liu PLLC from representing us. _____(signature)

PRINT NAME: Yanping Chen

Corporate Representative of EVERRISEE

Date: 01/05/2026

## CERTIFICATE OF SERVICE

I hereby certify that on Jan. 5, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Jianyin Liu
Jianyin Liu, Esq.